IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RENE COLLINS-REESER, | 3:12-CV-00588-BR |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security, | |
| Defendant. | |

Based on the Court's Opinion and Order issued May 2, 2013, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

DATED this 6th day of May, 2013.

_____
ANNA J. BROWN
United States District Judge

1 - JUDGMENT